# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

155761

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

NICHOLAS AGRO,
      Defendant-Appellee.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SC: 155761
COA: 337215
Oakland CC: 2011-236628-FH

      On order of the Court, the application for leave to appeal the April 27, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



Clerk

d0614t